**Clarence SAYLOR, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 28, 1973.

Cabell D. Francis, Stanford, for appellant.

Ed W. Hancock, Atty. Gen., Ken Howe, Asst. Deputy Atty. Gen., Patrick B. Kimberlin III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**Charles H. ROGERS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 28, 1973.

Charles H. Rogers, pro se.

Ed W. Hancock, Atty. Gen., Bruce K. Davis, Dept. of Corrections, Legal Counsel, Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

**Billy Ray TURNER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 28, 1973.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**Elizabeth TEDDER et al., Appellants,**

v.

**R. B. POTASHNICK et al., etc., Appellees.**

Court of Appeals of Kentucky.

Sept. 28, 1973.

Wells & Wells, Hazard, for appellants.

Richard C. Ward, Reeves, Barret, Cooper & Ward, Hazard, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

* Opinion ordered not to be published.